IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

1309 FOURTH STREET, LA GRANDE,
UNION COUNTY, STATE AND
DISTRICT OF OREGON, REAL
PROPERTY WITH BUILDINGS,
APPURTENANCES, AND
IMPROVEMENTS, *in rem*,

        Defendant.

3:12-cv-02263-MA

ORDER

MARSH, Judge

    Claimant Kathy Lepper moves the court to dismiss, or in the alternative, to transfer divisional venue to Pendleton. The government does not oppose the transfer of venue. Accordingly, Claimant's motion for change of venue [7-2] is GRANTED. IT IS ORDERED that the Clerk of the Court is DIRECTED to change the divisional venue in this matter to Pendleton. Claimant's alternative motion to dismiss [7-1] is DENIED.

    The parties are advised that the change of divisional venue shall not result in the reassignment of this case to another judge

1 - ORDER

because, pursuant to the court's case management plan, civil forfeiture cases are assigned to me on a district-wide basis. If this matter proceeds to trial, the court will consider at that time whether reassignment is appropriate to accommodate a trial in Pendleton. See Local Rule 3-3(a).

　　IT IS SO ORDERED.

　　DATED this 16 day of April, 2013.

Malcolm F. Marsh<br>
United States District Judge

2 - ORDER